IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBA ABUMARZOOK, )
)
        Plaintiff, )
)
v. ) Civil Action No. 1:15-cv-00821 (AJT/JFA)
)
JEH JOHNSON, *et al.*, )
)
        Defendants. )
)

## ORDER

Upon consideration of defendants' Motions to Dismiss for Lack of Jurisdiction and for Failure to State a Claim [Doc. Nos. 8 and 9] (the "Motions"), the memoranda of law in support thereof and in opposition thereto, the arguments of counsel at the hearing held on November 20, 2015, and for the reasons stated in open court, it is hereby

ORDERED that defendants' Motions to Dismiss for Lack of Jurisdiction and for Failure to State a Claim [Doc. Nos. 8 and 9] be, and the same hereby are, GRANTED; and it is further

ORDERED that this action be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 20, 2015